UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 97-1915-CIV-KING

MICHAEL PEREZ,

    Plaintiff,

v.

MIAMI-DADE COUNTY, FLORIDA,

    Defendant.
_____/

### ORDER GRANTING JOINT MOTION TO SCHEDULE MEDIATION BEFORE MAGISTRATE JUDGE TURNOFF

THIS MATTER is before the Court upon the Joint Motion to Schedule Mediation before Magistrate Judge Turnoff filed October 4, 2006, in the above-styled action. After careful review of the record, it is

ORDERED, ADJUDGED and DECREED that the above-styled motion be, and the same is hereby, **GRANTED**. The undersigned judge hereby appoints Magistrate Judge William C. Turnoff as the Mediator in this case. A mediation shall be scheduled at a date and time convenient to Magistrate Judge Turnoff and the parties.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States District Courthouse, Miami, Florida, this 6th day of October, 2006.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:     Magistrate Judge William C. Turnoff

Peter W. Bellas, Esq.
Genovese Joblove & Battista, P.A.
Bank of America Tower
100 Southeast Second Street, 44th Flr
Miami, Florida 33131
Facsimile: (305) 349-2310
***Counsel for Plaintiff***

Jason Bloch, Esq.
Assistant County Attorney
Miami-Dade County Attorney's Office
111 N.W. 1st Street
Suite 2810
Miami, Florida 33128
Facsimile: (305) 375-5611
***Counsel for Defendant***